## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

The ProImmune Company, LLC,

Plaintiff,

-v-

Laura Lile, M.D., and Three Aminos, LLC,

Defendant.

Case No. 1:22-cv-07242

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Laura Lile, M.D., and Three Aminos, LLC,                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** September 28, 2022

Frank Spano

Digitally signed by Frank Spano
DN: CN = Frank Spano email = lspano@polsinelli.com C = US O = , Polsinelli PC
Date: 2022.09.20 16:38:40 -04'00'

**Signature of Attorney**

**Attorney Bar Code:** NY-2234326