# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PROIMMUNE COMPANY, LLC, and ALBERT CRUM, M.D.,<br><br>                Plaintiffs,<br>v.<br><br>LAURA LILE, M.D., and THREE AMINOS, LLC,<br><br>                Defendants. | Hon. Kenneth M. Karas<br><br>Case No. 7:22-cv-08227 (KMK)<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS** |
| AND RELATED COUNTERCLAIMS. | |

WHEREAS, on August 25, 2022, Plaintiffs The ProImmune Company, LLC, and Albert Crum, M.D. (collectively the "ProImmune Parties") filed their complaint in this action in the Supreme Court of New York, New York County, Case No. 653092/2022;

WHEREAS, on September 26, 2022, Defendants and Counterclaimants Laura Lile, M.D. and Three Aminos, LLC (collectively the "Three Aminos Parties") removed this action to this Court;

WHEREAS, on October 3, 2022, the Three Aminos Parties filed counterclaims against the ProImmune Parties (the "Counterclaims");

WHEREAS, the ProImmune Parties' response to the Counterclaims is currently due on October 24, 2022;

WHEREAS, the parties wish to extend the ProImmune Parties' deadline to respond to the Counterclaims to December 5, 2022, in order to allow the ProImmune Parties sufficient time to address the numerous issues raised in the Counterclaims;

WHEREAS, the parties agree to extend the ProImmune Parties' deadline to respond to the Counterclaims to December 5, 2022;

**SO STIPULATED.**

Dated: October 12, 2022
Los Angeles, California

**BROWN NERI SMITH & KHAN, LLP**

By: /s/ Ryan B. Abbott
    Ryan B. Abbott

11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
T: (310) 593-9890 / F: (310) 593-9980
Ryan@bnsklaw.com

*Attorneys for Plaintiffs/Counterclaim Defendants,*
*The ProImmune Company, LLC and Albert Crum, M.D.*

| | |
|---|---|
| Dated: October 12, 2022<br>New York, New York | **POLSINELLI PC**<br><br>By: /s/ Frank T. Spano<br>    Frank T. Spano<br><br>600 Third Avenue, 42nd Fl.<br>New York, NY 10016<br>T: (212) 684-0197<br>fspano@polsinelli.com<br><br>Jay E. Heidrick<br>POLSINELLI PC<br>900 W. 48th Pl., Ste. 900<br>Kansas City, MO 64112<br>T: (816) 572-4765<br>jheidrick@polsinelli.com<br><br>R. James Balls<br>POLSINELLI PC<br>1401 Eye St. N.W., Ste. 800<br>Washington, D.C. 20005<br>T: (202) 626-8376<br>jballs@polsinelli.com<br><br>Joshua L. Rayes<br>POLSINELLI LLP<br>Three Embarcadero Ctr., Ste. 2400<br>San Francisco, CA 94111<br>T: (415) 248-2141<br>jrayes@polsinelli.com<br><br>Carter T. Kristek<br>POLSINELLI PC<br>2950 N. Harwood, Ste. 2100<br>Dallas, TX 75201<br>T: (214) 397-0217<br>ckristek@polsinelli.com |

                                          SO ORDERED.

                                          _____

                                          **HON. KENNETH M. KARAS**
                                          **United States Judge**