

April 3, 2023

**Via ECF Filing**

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
Courtroom 521
300 Quarropas St.
White Plains, NY 10601

      Re:    *ProImmune v. Three Aminos, et al., Case No. 7:22-cv-08229-KMK*
                *ProImmune v. Three Aminos, et al., Case No. 7:22-cv-08227-KMK*
                *ProImmune v. Three Aminos, et al., Case No. 7:22-cv-07242-KMK*

Dear Judge Karas:

      Pursuant to Section II.A of the Court's Individual Rules, we write on behalf of Plaintiffs and Counterclaim Defendants in each of the above-referenced matters, with the consent of Defendants and Counterclaim Plaintiffs, to jointly request adjournment of the current April 3, 2023, deadline for submission of the parties' proposed Rule 26(f) case management and scheduling orders. This is the Parties' fourth request for additional time to file the joint report. The Court granted the prior three requests.

      The Parties are in the final stages of settlement negotiations in these matters, and, with the help of the mediator (Mr. Simeon Baum, Esq.) hope to finalize an agreement within the month. Given this, and a desire to preserve the Court's and Parties' resources during the final stages of settlement discussions, the Parties request an additional four-week extension of the deadline to file the Rule 26(f) report. The Parties do not anticipate seeking any further extensions beyond this one.

Granted.
So Ordered.
*/s/ [signature]*
4/3/23

Respectfully Submitted,

*/s/ [signature]*

Ryan Abbott
of BROWN, NERI, SMITH & KHAN LLP

11601 Wilshire Blvd., Suite 2080, Los Angeles, California 90025 | tel. (310) 593-9890 fax (310) 593-9980
BNSKLAW.COM