

# POLSINELLI

600 Third Avenue, 42nd Floor, New York, NY, 10016 • (212) 684-0199

May 1, 2023

*Via ECF Filing*

Frank T. Spano
(212) 413-2848
FSpano@Polsinelli.com

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street - Courtroom 521
White Plains, NY 10601

**Re:** ***ProImmune v. Three Aminos, et al., Case No. 7:22-cv-08229-KMK,***
***ProImmune v. Three Aminos, et al., Case No. 7:22-cv-08227-KMK***
***ProImmune v. Three Aminos, et al., Case No. 7:22-cv-07242-KMK***

Dear Judge Karas:

Pursuant to Section II.A of Your Honor's Individual Rules, we write on behalf of Defendants /Counterclaimants, Three Aminos and Laura Lile, M.D., with the consent of counsel for Plaintiffs and Counterclaim Defendants, to jointly request adjournment of the current May 1, 2023, deadline for submission of the parties' proposed case management and scheduling order pursuant to Fed. R. Civ. P. 26(f) pertaining to these matters. This is the Parties' fifth request for additional time to file the joint report. The Court granted the prior four requests.

The Parties have reached an agreement in principle on material terms of a settlement. The settlement will be implemented through a series of interrelated agreements, which we expect will take some time to complete. The Parties will also have the continued help of their mediator, Simeon Baum, Esq., in this effort. Given this, and a desire to preserve the Court's and Parties' resources, and allow them to focus on finalizing their settlement, the Parties jointly request that the Court stay all deadlines in the actions, including the deadline to file the Rule 26(f) report, for at least sixty (60) days. In addition, Polsinelli will shortly file a motion to withdraw as counsel for Three Aminos and Dr. Lile. The 60-day period would also allow time for our clients to obtain new counsel, if necessary.

Granted.

So Ordered.
5/1/23

Respectfully submitted,

*Frank Spano |s|*

Frank Spano

cc: All counsel via ECF

polsinelli.com

Atlanta  Boston  Chicago  Dallas  Denver  Houston  Kansas City  Los Angeles  Nashville  New York  Phoenix
St. Louis  San Francisco  Seattle  Silicon Valley  Washington, D.C.  Wilmington
Polsinelli PC, Polsinelli LLP in California