UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PROIMMUNE COMPANY, LLC, and ALBERT CRUM, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> LAURA LILE, M.D., and THREE AMINOS, LLC, <br><br> Defendants and Counterclaimants. | Case No. 7:22-cv-08227 (KMK) |

PLEASE TAKE NOTICE, that upon the Declaration of Natraj S Bhushan dated October 27, 2023, Defendant-Counterclaimant LAURA LILE, M.D. ("Dr. Lile") will move this Court, before the Honorable Kenneth M. Karas at the United States Courthouse for the Southern District of New York located at 300 Quarropas Street, White Plains, NY on the date and time designated by the Court, for an Order (i) granting her motion to extend the automatic stay of Three Aminos, LLC to herself; and (ii) for such other just and equitable relief that this Court deems fair.

PLEASE TAKE FURTHER NOTICE that any opposition papers must be served in accordance with the Court's scheduling order.

Dated: Staten Island, NY
      October 27, 2023

**TURTURRO LAW, P.C.**
By:/s/Natraj S. Bhushan
Natraj S. Bhushan
1361 North Railroad Avenue
Staten Island, NY 10306
Tel.: 718-384-2323
Email: Natraj@turturrolawpc.com
*Attorneys for Laura Lile, M.D.*

To (via ECF): all counsel of record